UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Segundo A.P.G., | Civ. No. 26-603 (JWB/LIB) |
| Petitioner, | |
| v. | **ORDER FOR**<br>**SHOW CAUSE HEARING** |
| Pamela Bondi, *et al.*, | |
| Respondents. | |

---

| | |
|---|---|
| Oscar O.T., | Civ. No. 26-167 (JWB/JFD) |
| Petitioner, | |
| v. | |
| Pamela Bondi, *et al.*, | |
| Respondents. | |

---

| | |
|---|---|
| Jose L.C.C. | Civ. No. 26-244 (JWB/DTS) |
| Petitioner, | |
| v. | |
| Pamela Bondi, *et al.*, | |
| Respondents. | |

---

| | |
|---|---|
| Roman N., | Civ. No. 26-282 (JWB/DLM) |
| Petitioner, | |
| v. | |
| Donald Trump, *et al.*, | |
| Respondents. | |

| | |
|---|---|
| Juan V.A.C., | Civ. No. 26-645 (JWB/EMB) |
| Petitioner, | |
| v. | |
| Pamela Bondi, *et al.*, | |
| Respondents. | |

At 4:30 p.m. on January 27, 2026, this Court granted Petitioner Segundo A.P.G.'s Petition for Writ of Habeas Corpus and ordered him released immediately. (Doc. No. 9 at 7.) Respondents were also ordered to file an update on Petitioner's release within 48 hours. (*Id.* at 8.) That deadline passed without any filing.

The next day, Respondents were ordered to immediately file the missing 48-hour update and, by 5:00 p.m. on January 31, 2026, file a letter showing cause why they should not be held in contempt for the violation. (Doc. No. 11.) Those deadlines also passed without any filing.

At approximately 12:20 p.m. yesterday, Petitioner's counsel reported that Petitioner still had not been released. (Doc. No. 12.) As of 12:00 p.m. today, Respondents

*still* have not made any of the ordered filings.

These failures—particularly the failure to release the Petitioner—are especially alarming given that Respondents' persistent noncompliance with orders in this District was extensively detailed just last week. *Juan T.R. v. Noem*, Civ. No. 26-107 (PJS/DLM), 2026 WL 232015 (D. Minn. Jan. 28, 2026).

In addition to the noncompliance described above, Respondents' counsel has failed to fully comply with court orders in the multiple other matters captioned above. It is past time for such noncompliance to end. Because written orders and responses have yielded little to no improvement and continue to drain this Court's resources, a hearing with Respondents' counsel—leadership included—is required.

## ORDER

For these reasons, **IT IS HEREBY ORDERED** that:

1. Respondents shall immediately file an update regarding Petitioner's release.

2. **By 11:00 a.m. tomorrow, February 3, 2026**, Respondents shall file a written memorandum, **not to exceed five (5) pages**, explaining the failure to comply with this Court's orders in *Segundo A.P.G. v. Bondi*, Case No. 26-cv-603, and showing cause why further remedial action, including sanctions or loss of pro hac vice status, should not be imposed.

3. A show cause hearing is set for **tomorrow, February 3, 2026, at 1:00 p.m.** in Courtroom 7A (St. Paul), before the undersigned, to address the matters described in this Order, as well as Respondents' noncompliance with orders in the following matters:

3

    a. *Oscar O.T. v. Bondi, et al.*, Case No. 26-cv-167 (JWB/JFD)
(January 15, 2026 order) (no 48-hour update filed);
(January 19, 2026 order) (update did not confirm release but stated return scheduled on Jan. 20);
(January 20, 2026 order) (update provided attorney had been misinformed and that Petitioner was to return Jan. 24, and no confirmation of release filed on Jan. 24);
(January 28, 2026 order) (update did not provide information requested).

    b. *Jose L.C.C. v. Bondi, et al.*, Case No. 26-cv-244 (JWB/DTS)
(January 15, 2026 order) (not released at 48 hours, so no confirmation of time, date, location of release; still in Texas);
(January 19, 2026 order) (update indicated released on new conditions);
(January 22, 2026 order) (update originally did not answer the questions requested; filed updated includes vague language regarding the imposition of conditions, including that "DHS is taking reasonable steps to ensure orderly processing for individuals in validly initiated immigration/removal proceedings and to meet operational needs").

    c. *Roman N. v. Trump, et al.*, Case No. 26-cv-282 (JWB/DLM)
(January 17, 2026 order) (no status report within 48 hours)

    d. *Juan V.A.C. v. Bondi, et al.*, Case No. 26-cv-645 (JWB/EMB)
(January 27, 2026 order) (did not file 48-hour release update);
(January 30, 2026 order) (did not respond to show cause order and filed notice letter late).

4. Julie Le and Ana Voss must attend the hearing on behalf of Respondents.

Petitioners' counsel may attend but are not required.

Date: February 2, 2026　　　　　　　　　　*s/ Jerry W. Blackwell*
Time: 1:15 p.m.　　　　　　　　　　　　　JERRY W. BLACKWELL
　　　　　　　　　　　　　　　　　　　　United States District Judge